UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 16-24560-CIV-MORENO**

REGINALD WILKINSON,

      Plaintiff,

vs.

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA,
et. al,

      Defendants.
_____/

## ORDER DISMISSING CASE

THIS CAUSE came before the Court upon a *sua sponte* review of the record.

THE COURT has reviewed the entire record and is fully advised in the premises. For the reasons set forth below, this case is **DISMISSED**.

In his *in forma pauperis* complaint, the Plaintiff alleges a cause of action pursuant to "Original Jurisdiction and God's Laws on Planet Earth."

Under 28 U.S.C. § 1915(e)(2)(B)(i), a court "shall dismiss the [*in forma pauperis* action] at any time if the court determines that . . . the action . . . is frivolous or malicious." According to the United States Supreme Court, a complaint is frivolous "where it lacks an arguable basis in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989) (discussing dismissals under former section 1915(d), which contained the same language as current section 1915(e)(2)(B)(i)). A court may dismiss claims under section 1915(e)(2)(B)(i) where the claims rest on an indisputably meritless legal theory or are comprised of factual contentions that are clearly baseless. *Id.* at 327.

In *Neitzke*, the Supreme Court provided several examples of frivolous or malicious claims. Where the defendant is clearly immune from suit, or where the plaintiff alleges infringement of a legal interest which obviously does not exist, then the claim is founded on an indisputably meritless legal theory. *Id.* at 327. Claims detailing fantastic or delusional scenarios fit into the factually baseless category. *Id.* at 327-28. Finally, this Court also notes that a *pro se* plaintiff must be given greater leeway in pleading her complaint. *Haines v. Kerner*, 404 U.S. 519 (1972).

Mindful of these principles, the Court proceeds to evaluate Plaintiff's *in forma pauperis* complaint. The basis of Plaintiff's complaint, which states "the sworn statements from Jesus Christ of the Christian religion; Allah of the Kaabal and/or Islam religion; YAHWEH of the Jewish religion, and Oloduare who is God that created this universe and heaven because your world is coming to an end" is clearly frivolous under 28 U.S.C. § 1915(e)(2)(B)(i) because it does not contain "an arguable basis in law or in fact." *Neitzke*, 490 U.S. at 327. After reviewing the entire complaint, the Court concludes that the claims are indisputably meritless. Accordingly, it is

**ORDERED AND ADJUDGED** that this case is **DISMISSED**. This case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___7___ of November 2016.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Mark Anthony King
891 SW 5 Street
Miami, FL 33130
PRO SE